# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>DR. CARY BORTNICK, M.D., and DIANE BORTNICK, Plaintiffs, vs. CHASE HOME FINANCE, L.L.C., a Delaware limited liability company, and AMERICAN SECURITY INSURANCE COMPANY d/b/a Assurant Specialty Property, Defendants. | Case Number: FILED: JUNE 20, 2008<br>08CV3560<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE COX<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

American Security Insurance Company

| |
|---|
| NAME (Type or print)<br>William G. Beatty |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ William G. Beatty    Bar No. 03121542 |
| FIRM<br>Johnson & Bell, Ltd. |
| STREET ADDRESS<br>33 West Monroe Street -- Suite 2700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03121542 | TELEPHONE NUMBER<br>(312) 372-0770 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |