**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                               Case Number:   08 C 3560

Dr. Cary Bortnick, M.D., and Diane Bortnick, Plaintiffs vs.

Chase Home Finance, L.L.C., a Delaware limited liability company, and American Security Insurance Company, d/b/a Assurant Specialty Property, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Dr. Cary Bortnick, M.D. and Diane Bortnick.

| |
|---|
| NAME (Type or print)<br>James L. Stephenson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/James L. Stephenson |
| FIRM<br>Kelly, Olson, Michod, DeHaan & Richter, L.L.C. |
| STREET ADDRESS<br>30 South Wacker Street, Suite 2300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287477 | TELEPHONE NUMBER<br>312-236-6700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |