# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08CV3560

DR. CARY BORTNICK, M.D., and DIANE BORTNICK, Plaintiffs, vs. CHASE HOME FINANCE, L.L.C., a Delaware limited liability company, and AMERICAN SECURITY INSURANCE COMPANY d/b/a Assurant Specialty Property, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

American Security Insurance Company

| | |
|---|---|
| NAME (Type or print)<br>Meghan M. Sciortino | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Meghan M. Sciortino   Bar No. 6287341 | |
| FIRM<br>Johnson & Bell, Ltd. | |
| STREET ADDRESS<br>33 West Monroe Street -- Suite 2700 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287341 | TELEPHONE NUMBER<br>(312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |