ARDC No. 03121542                                6975-08004/WGB/MMS/kas

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. CARY BORTNICK, M.D. and DIANE BORTNICK, )<br>)<br>Plaintiffs,        )<br>)<br>v.                                         )<br>)<br>CHASE HOME FINANCE, L.L.C., a Delaware Limited )<br>Liability Company, and AMERICAN SECURITY   )<br>INSURANCE COMPANY d/b/a ASSURANT         )<br>SPECIALTY PROPERTY,                        )<br>)<br>Defendants.       ) | No. 08 CV 3560<br><br>Judge Wayne R. Andersen<br><br>Magistrate Judge Susan E. Cox |

## AGREED MOTION FOR EXTENSION OF TIME

Defendant, AMERICAN SECURITY INSURANCE COMPANY, incorrectly sued as AMERICAN SECURITY INSURANCE COMPANY d/b/a ASSURANT SPECIALTY PROPERTY, by and through its attorneys, William G. Beatty and Meghan M. Sciortino, JOHNSON & BELL, LTD., of counsel, respectfully requests that this Honorable Court enter an order granting it an additional thirty (30) days, up to and including August 4, 2008, within which to file its answer or otherwise plead to the plaintiffs' complaint at law. This motion is made by agreement of plaintiffs, through their attorney Elliot M. Samuels.

Respectfully submitted,

/s/ **William G. Beatty**
William G. Beatty     Bar No. 03121542
Attorney for defendant, American Security Insurance Company
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770
Fax: (312) 372-9818
E-mail: beattyw@jbltd.com

Doc. No. 1886852

CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2008 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        William G. Beatty    Bar No. 03121542
        Attorney for defendant, American Security Insurance Company
        Johnson & Bell, Ltd.
        33 West Monroe Street
        Suite 2700
        Chicago, Illinois 60603
        (312) 372-0770
        Fax: (312) 372-9818
        E-mail: beattyw@jbltd.com