ARDC No. 03121542                                          6975-08004/WGB/MMS/kas

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DR. CARY BORTNICK, M.D. and DIANE BORTNICK, )
                                             )
            Plaintiffs,                      )
v.                                           )        No. 08 CV 3560
                                             )
CHASE HOME FINANCE, L.L.C., a Delaware Limited )
Liability Company, and AMERICAN SECURITY    )         Judge Wayne R. Andersen
INSURANCE COMPANY d/b/a ASSURANT            )
SPECIALTY PROPERTY,                          )        Magistrate Judge Susan E. Cox
                                             )
            Defendants.                      )

cc:   Elliot M. Samuels                Kelly, Olson, Michod, DeHaan &
      30 South Wacker Drive            Richter, L.L.C.
      Suite 2300                       30 South Wacker Drive
      Chicago, Illinois 60606          Suite 2300
                                       Chicago, Illinois 60606

      Edward Lesniak
      Burke, Warren, MacKay & Serritella
      330 North Wabash Avenue
      Suite 2200
      Chicago, Illinois 60611

    On July 3, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Anderson in Room 1403, or any judge sitting in his stead, in the courtroom usually occupied by him at the U.S. Courthouse, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Agreed Motion for Extension of Time.**

Name: William G. Beatty/JOHNSON & BELL, LTD.
Attorney for Defendant
Address: 33 East Monroe St., Suite 2700
City: Chicago, Illinois 60603
Telephone: (312) 372-0770

**CERTIFICATE OF SERVICE**

    I do hereby certify that the foregoing attached Motion for Extension of Time has been filed electronically. Notice of this filing will be sent by the operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    This 24th day of June, 2008.           By: /s/   William G. Beatty_____
                                                    William G. Beatty

Doc. No. 1887566