ARDC No. 03121542                     6975-08004/WGB/MMS/kas

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. CARY BORTNICK, M.D. and DIANE BORTNICK, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> CHASE HOME FINANCE, L.L.C., a Delaware Limited ) <br> Liability Company, and AMERICAN SECURITY ) <br> INSURANCE COMPANY d/b/a ASSURANT ) <br> SPECIALTY PROPERTY, ) <br> ) <br> Defendants. ) | No. 08 CV 3560 <br><br> Judge Wayne R. Andersen <br><br> Magistrate Judge Susan E. Cox |

### DEFENDANT AMERICAN SECURITY INSURANCE COMPANY'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, Defendant American Security Insurance Company states as follows:

1. That it is a wholly owned subsidiary of Interfinancial Inc.;

2. That Interfinancial Inc. is a wholly owned subsidiary of Assurant, Inc., a publicly held corporation.

Respectfully submitted,

/s/ **William G. Beatty**
William G. Beatty     Bar No. 03121542
Attorney for defendant, American Security Insurance Company
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770
Fax: (312) 372-9818
E-mail: beattyw@jbltd.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2008 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        William G. Beatty    Bar No. 03121542
        Attorney for defendant, American Security Insurance Company
        Johnson & Bell, Ltd.
        33 West Monroe Street
        Suite 2700
        Chicago, Illinois 60603
        (312) 372-0770
        Fax: (312) 372-9818
        E-mail: beattyw@jbltd.com