# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Dr. Cary Bortnick, M.D. and Diane Bortnick<br>v.<br>Chase Home Finance, L.L.C., a Delaware Limited Liability Company, and American Security Insurance Company d/b/a Assurant Specialty Property | Case Number:  08 CV 03560 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chase Home Finance LLC

| | |
|---|---|
| **NAME (Type or print)**<br>Robert J. Emanuel | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert J. Emanuel | |
| **FIRM**<br>Burke, Warren, MacKay & Serritella, P.C. | |
| **STREET ADDRESS**<br>330 North Wabash Avenue, 22nd Floor | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60611 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6229212 | **TELEPHONE NUMBER**<br>(312) 840-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]   NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 25th day of June, 2008, a true and correct copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties via the Court's electronic filing system:

Elliot M. Samuels
30 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone:    (312) 357-0590
Facsimile:    (312) 236-6706
Email: esamuelslaw@gmail.com

James Lewis Stephenson
Kelly Olson Michod DeHaan & Richter
30 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone:    (773) 573-7065
Email: jstephenson@komdr.com

Meghan McKenna Sciortino
William Glenn Beatty
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
Telephone:    (312) 372-0770
Facsimile:    (312) 372-9818
Email:    sciortinom@jbltd.com
          beattyw@jbltd.com

                                                      /s/ Robert J. Emanuel

473963.1