UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. CARY BORTNICK, M.D. and DIANE BORTNICK, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 08 CV 3560 ) |
| CHASE HOME FINANCE, L.L.C., a Delaware Limited Liability Company, and AMERICAN SECURITY INSURANCE COMPANY d/b/a ASSURANT SPECIALTY PROPERTY, | ) Judge Wayne R. Andersen ) ) Magistrate Judge Susan E. Cox ) ) ) |
| Defendants. | ) |

CHASE HOME FINANCE LLC'S
UNOPPOSED MOTION FOR ADDITIONAL TIME

Defendant Chase Home Finance LLC ("Chase") moves for an order allowing it an extension of time to respond to Plaintiffs' complaint, to and including August 4, 2008, and states as follows in support.

1. Plaintiffs filed this action against Defendants Chase and American Security Insurance Company, d/b/a Assurant Specialty Property ("Assurant") on May 23, 2008. Assurant timely removed the case to this Court on June 20, 2008.

2. Chase requires additional time to respond to Plaintiffs' complaint and asks for an extension of time, to and including until August 4, 2008, to do so.

3. Plaintiffs' counsel, Edward M. Samuels, has advised the undersigned that he has no objection to the extension requested herein.

WHEREFORE, Chase Home Finance LLC respectfully requests that this Court enter an Order allowing an extension of time, to and including August 4, 2008, to respond to Plaintiffs' complaint, as well as for any other relief the Court deems proper under the circumstances.

CHASE HOME FINANCE LLC

By: __/s/ Robert J. Emanuel__
      One of its attorneys

Edward J. Lesniak
Robert J. Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:  (312) 840-7000
Facsimile:  (312) 840-7900

473939.1