UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. CARY BORTNICK, M.D. and DIANE BORTNICK, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 CV 3560 |
| CHASE HOME FINANCE, L.L.C., a Delaware Limited Liability Company, and AMERICAN SECURITY INSURANCE COMPANY d/b/a ASSURANT SPECIALTY PROPERTY, | ) ) ) ) ) ) ) | Judge Wayne R. Andersen<br><br>Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## NOTICE OF UNOPPOSED MOTION

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that at 9:00 a.m. on the 3rd day of July, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Wayne R. Andersen in Room 1403, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Chase Home Finance LLC's Unopposed Motion for Additional Time, a copy of which has been filed electronically and is herewith served upon you.

CHASE HOME FINANCE LLC

By:   /s/ Robert J. Emanuel
         One of its attorneys

Edward J. Lesniak
Robert J. Emanuel
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone:   (312) 840-7000
Facsimile:    (312) 840-7900

<u>CERTIFICATE OF SERVICE</u>

    The undersigned, an attorney, on oath, deposes and states that on this 25th day of June, 2008, a true and correct copy of the foregoing Notice of Unopposed Motion, and Chase Home Finance LLC's Unopposed Motion for Additional Time, referred to therein, was filed electronically. Notice of this filing will be sent to the following parties via the Court's electronic filing system:

| | |
|---|---|
| Elliot M. Samuels<br>30 South Wacker Drive<br>Suite 2300<br>Chicago, Illinois 60606<br>Telephone: (312) 357-0590<br>Facsimile: (312) 236-6706<br>Email: esamuelslaw@gmail.com | James Lewis Stephenson<br>Kelly Olson Michod DeHaan & Richter<br>30 South Wacker Drive<br>Suite 2300<br>Chicago, Illinois 60606<br>Telephone: (773) 573-7065<br>Email: jstephenson@komdr.com |

Meghan McKenna Sciortino
William Glenn Beatty
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
Telephone:    (312) 372-0770
Facsimile:    (312) 372-9818
Email:    sciortinom@jbltd.com
        beattyw@jbltd.com

                                    /s/ Robert J. Emanuel

473945.1