**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number:    08 C 3560

Dr. Cary Bortnick, M.D., and Diane Bortnick, Plaintiffs vs.

Chase Home Finance, L.L.C., a Delaware limited liability company, and American Security Insurance Company, d/b/a Assurant Specialty Property, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Dr. Cary Bortnick, M.D. and Diane Bortnick.

| | |
|---|---|
| NAME (Type or print) | |
| Elliot M. Samuels | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Elliot M. Samuels | |
| FIRM | |
| Law Office of Elliot M. Samuels | |
| STREET ADDRESS | |
| 30 South Wacker Street, Suite 2300 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 2449714 | 312-357-0590 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |