IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DR. CARY BORTNICK, M.D. and<br>DIANE BORTNICK<br>     Plaintiffs,<br><br>    v.<br><br>CHASE HOME FINANCE, L.L.C.,<br>a Delaware Limited Liability Company, and<br>AMERICAN SECURITY INSURANCE<br>COMPANY d/b/a ASSURANT SPECIALTY<br>PROPERTY,<br>     Defendants. | )<br>)<br>)<br>)<br>) No. 08 C 3560<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, certifies that a copy of **Attorney Appearance of Elliot M. Samuels** was served upon the persons identified below pursuant to the Electronic Case Filing System ("ECF") as Filing Users in accordance with Fed.R.Civ.P. 5(a) and 5(b)(2)(D), Local Rule 5.5 of the United States District Court for the Northern District of Illinois and the General Order on Electronic Case Filing of the United States District Court for the Northern District of Illinois on the 25th day of June, 2008:

William G. Beatty (beattyw@jbltd.com)

Meghan McKenna Sciortino (sciortinom@jbltd.com)

Edward J. Lesniak (elesniak@burkelaw.com)

Robert J. Emanuel (remanuel@burkelaw.com)

                /s/ Elliot M. Samuels
                Elliot M. Samuels
                One of the attorneys for Plaintiffs

Attorneys for Plaintiffs:

Elliot M. Samuels No. 2449714
30 South Wacker Drive
Suite 2300
Chicago, IL 60606
312-357-0590

James L. Stephenson No. 6287477
Kelly, Olson, Michod, DeHaan & Richter, L.L.C.
Attorney for Plaintiffs
30 South Wacker Drive
Suite 2300
Chicago, IL 60606
312-236-6700